Date of Arrest: 07/21

# United States District Court
## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, V. | CRIMINAL COMPLAINT |
| Yordanis SANCHEZ-Caro<br>Citizen of Cuba<br>YOB:1995<br>201671609<br>Illegal Alien | CASE NUMBER: 22-2205MJ |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

COUNT I

That on or about September 30, 2019, Defendant Yordanis SANCHEZ-Caro, an alien, was removed from the United States to Cuba through the port of Houston, Texas (Airport) in pursuance of law, and thereafter on or about July 21, 2022, Defendant was found in the United States near San Luis, Arizona within the District of Arizona, the Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States and after the Defendant had willfully and unlawfully returned and remained in the United States; in violation of Title 8, United States Code, Section 1326(a)(Felony).

COUNT II

That on or about July 21, 2022, near San Luis, Arizona in the District of Arizona, Defendant Yordanis SANCHEZ-Caro, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1) (Misdemeanor).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Continued on the attached sheet and made a part here of.  ☒ Yes   ☐ No

Approved by AUSA Thomas Forsyth
for AUSA John Ballos.

*Louise Lacosse*
Signature of Complainant

Louise Lacosse
Border Patrol Agent

Sworn to before me and subscribed telephonically,

_____July 22, 2022_____  at  Yuma, Arizona
Date                                     City and State

James F. Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

## STATEMENT OF FACTUAL BASIS

Defendant: Yordanis SANCHEZ- Caro

Dependents: None

**IMMIGRATION HISTORY:** The Defendant is an illegal alien. The Defendant has been apprehended by the United States Border Patrol on one previous occasion. The Defendant has been removed a total of one time.

**CRIMINAL AND IMMIGRATION HISTORY:**

| DATE | LOCATION | OFFENSE | DISPOSITION |
|---|---|---|---|
| 9/30/2019 | Houston, Texas | Illegal Entry | Removed from the US (NTA) (IJ) |

Narrative: The Defendant, a citizen of Cuba and illegally within the United States, was encountered by Border Patrol agents near San Luis, Arizona on July 21, 2022.

The Defendant was questioned as to his citizenship and immigration status. From that questioning agent determined that the Defendant is an undocumented national of Cuba and illegally in the United States.

The Defendant was transported to the Border Patrol station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant was first ordered removed at or near Houston, Texas on or about August 23, 2019. The Defendant was removed through Houston, Texas (Airport) on September 30, 2019.

The Defendant last entered the United States illegally without inspection near San Luis, Arizona on July 21, 2022.

To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements and questioning of the Defendant in this matter from initial contact through the writing of this document: BPAs Wilson Pietri-Rodriguez and Juan Quezada.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc) from initial field contact through the writing of this document: BPA Bryan Henderson.

Charges:
8 USC 1326(a) (Felony)
8 USC 1325(a)(1) (Misdemeanor)

*Louise Lacosse*
Signature of Complainant

Sworn to before me and telephonically,

July 22, 2022
Date

Signature of Judicial Officer